UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JASON LYNN PHILLIPS, | ) |
|     *Plaintiff*, | ) Case No. 1:22-cv-239 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| | ) Magistrate Judge Susan K. Lee |
| SHERIFF JEFF CASSIDY, SULLIVAN COUNTY MAYOR, SULLIVAN COUNTY CORRECTIONAL OFFICERS, and SULLIVAN COUNTY SHERIFF'S DEPARTMENT | ) |
|     *Defendants*. | ) |

## JUDGMENT ORDER

In accordance with the memorandum and order entered herewith, Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim upon which relief may be granted.

Because the Court **CERTIFIED** in its memorandum and order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to close this file.

                                                                           /s/ *Travis R. McDonough*
                                                                           **TRAVIS R. MCDONOUGH**
                                                                           **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT